THE BOARD OF EDUCATION OF NEWARK, APPELLANT, v. CIVIL SERVICE COMMISSION ET AL., RESPOND-ENTS.

Argued May 20, 1943—Decided September 16, 1943.

For the appellant, *Francis P. Meehan.*

For the respondent, *David T. Wilentz,* Attorney-General, *Homer C. Zink* and *Charles E. McCraith, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ.   12.

*For reversal*—None.